In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00267-CR
_____

JASON JERMAINE HADNOT, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-12-15586-CR**

**MEMORANDUM OPINION**

On November 26, 2018, the trial court sentenced Jason Jermaine Hadnot on a conviction for unlawful possession of a firearm by a felon. The trial court certified that Hadnot had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). Nonetheless, Hadnot filed a notice of appeal on August 8, 2019.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). In addition, Hadnot did not file a timely motion for extension of

time to file his appeal. *See* Tex. R. App. P. 26.3. We conclude that we lack jurisdiction over Hadnot's appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). We must also dismiss Hadnot's appeal because the trial court's certification shows that he does not have the right to appeal. *See* Tex. R. App. P. 25.2(d). The appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 10, 2019
Opinion Delivered September 11, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.